**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7730

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

JOHNNY MACK BROWN,

             Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.  James P. Jones, Chief
District Judge.  (3:94-cr-00027-jpj-1)

Submitted:  January 30, 2009        Decided:  February 24, 2009

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnny Mack Brown, Appellant Pro Se.  Donald Ray Wolthuis,
Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Mack Brown appeals the district court's order granting his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United States v. Brown</u>, No. 3:94-cr-00027-jpj-1 (W.D. Va. July 30, 2008).  We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2